FILED

Reset Form

2021 DEC 30  AM 10: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 21 MJ 05792 |
| v. | |
| Quin Rudin | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Complaint
in the Eastern District of Virginia on 12/23/2021
at 12:00 ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about April 2020 to May 2021
in violation of Title 18 U.S.C., Section(s) 1349
to wit: conspiracy to commit wire fraud in violation of 1343

A warrant for defendant's arrest was issued by: United States Magistrate Judge John F. Anderson (EDVA)

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: Requesting detention

Relevant document(s) on hand (attach): Affidavit and complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/2021
Date

Signature of Agent

Jamie Vera
Print Name of Agent

FBI
Agency

Special Agent
Title