| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2021 DEC 30  AM 10: 38 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                                   PLAINTIFF | RO  21MJ05792 |
| Quin Rudin | REPORT COMMENCING CRIMINAL ACTION |
| USMS#_____        DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/30/2021 at ~~11:40~~ 8:40  ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1349 (Conspiracy to commit wire fraud, in violation of U.S.C. 1343)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1967

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____          Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): Rudin was on supervised release until 4/2/2021

11. Name: Jamie Vera                    (please print)

12. Office Phone Number: 202-695-5676         13. Agency: FBI

14. Signature: /s/ Jamie Vera              15. Date: 12/30/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION